**WO**           IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | CR-11-8064-PCT-PGR |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Aloysius Wilson, | ) | ORDER OF DETENTION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.

The Court incorporates and adopts by reference the assessment of nonappearance findings of the Probation Office which were reviewed by the Court at the time of the hearing in this matter.

Defendant does not dispute the information contained in the Probation Report.

By clear and convincing evidence defendant is a flight risk and requires detention pending further order of the court.

At this time, no condition or combination of conditions will reasonably assure the appearance of defendant as required.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at BSSW halfway house facility. Should the defendant be an acceptable candidate, defense counsel or the Probation Officer shall contact the

| | |
|---|---|
| 1 | chambers of Magistrate Judge Bridget S. Bade and the defendant will be brought over |
| 2 | BAG and BAGGAGE for release from the USMS cellblock.  Conditions of Release have |
| 3 | been reviewed and signed by the Court on September 19, 2012. |
| 4 |         DATED this 19th day of September, 2012. |

                            _____
                                    Bridget S. Bade
                              United States Magistrate Judge